UNITED STATES BANKRUPTCY COURT
NORTHERN DSITRICT OF NEW YORK

_____

In Re:

**Weathermaster Roofing Co., Inc.,**

                     Debtor.

_____

**Hearing Date: November 4, 2025**
**Hearing Time: 10:00 a.m.**
**Hearing Place:  Utica**

Chapter 11
Sub Chapter V

Case No. 25-60824

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that upon the annexed motion, Weathermaster Roofing Co., Inc. (the "Debtor"), by its attorneys, Orville & McDonald Law, P.C., will move before the Honorable Wendy A. Kinsella, Chief United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Pirnie Federal Building, 10 Broad Street, Room 236, Utica, New York 13501, on **November 4, 2025, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, for an order authorizing it to incur post-petition debt pursuant to 11 U.S.C. §§ 105(a) and 364(b) and Bankruptcy Rule 4001(c), together with such other and further relief as the Court may deem just and proper

**PLEASE TAKE FURTHER NOTICE** that the hearing may be attended in person at the courthouse or by video via Microsoft Teams. Parties wishing to appear by video must pre-register no later than 3:00 p.m. on the business day preceding the hearing at: https://www.nynb.uscourts.gov/Remote-Hearing-Appearances.

**PLEASE TAKE FURTHER NOTICE** that a copy of this Notice of Motion shall be mailed to the Debtor and to the Debtor's creditors at the addresses appearing on the Chapter 11 Matrix.

**PLEASE TAKE FURTHER NOTICE** that opposing papers should be filed in

accordance with the local rules and the Federal Rules of Bankruptcy Procedure.

Dated: 10/9/2025                                   /s/ Peter A. Orville
                                                   Peter A. Orville
                                                   Orville & McDonald Law, P.C.
                                                   30 Riverside Drive
                                                   Binghamton, NY  13905
                                                   607-770-1007